**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Philip Fryman, et al.

Plaintiff,

v.

Case No.: 1:18−cv−01640
Honorable Franklin U. Valderrama

Atlas Financial Holdings, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2022:

MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 9/27/2022 and continued to 11/29/2022 at 9:15 a.m. The parties report they have reached a settlement agreement in principle and request 60 days to finalize settlement documents and file motion for preliminary approval with the district judge. The status hearing will be cancelled if that motion or a stipulation to dismiss is filed prior to the hearing. The toll−free number for the next hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.