# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PHILIP FRYMAN, et al., | Case No. 1:18-cv-01640 |
| Plaintiffs, | Hon. Franklin U. Valderrama<br>United States District Judge |
| v. | Hon. Sheila M. Finnegan<br>United States Magistrate Judge |
| ATLAS FINANCIAL HOLDINGS, INC., SCOTT D. WOLLNEY, and PAUL A. ROMANO, | **Telephonic Hearing Date: September 6, 2023**<br>**Time: 10:00 a.m.** |
| Defendants. | |

# PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
# CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

Court-appointed Lead Plaintiffs Philip Fryman and Aram Hovasapyan and additional-named plaintiff Ji Chuan (collectively, "Plaintiffs") hereby respectfully move the Court for an Order: (i) granting final approval of the Settlement [1] in the above-captioned action; and (ii) approving the proposed Plan of Allocation for distribution of the Settlement Fund. Defendants do not oppose the relief requested by this Motion.

The grounds in support of this Motion are set forth fully in the concurrently-filed Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and the Declaration of Kara M. Wolke in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the exhibits attached thereto.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated November 28, 2022 (ECF No. 141-1).

Dated: August 2, 2023

Respectfully Submitted,

GLANCY PRONGAY & MURRAY LLP

By: *s/ Kara M. Wolke*
Kara M. Wolke
Kevin F. Ruf
Natalie S. Pang
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: kwolke@glancylaw.com
Email: kruf@glancylaw.com
Email: npang@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

LAWRENCE KAMIN LLC
Mitchell B. Goldberg
John S. Monical
Peter E. Cooper
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: (312) 372-1947
Email: mgoldberg@lawrencekaminlaw.com
jmonical@lawrencekaminlaw.com
pcooper@lawrencekaminlaw.com

*Liaison Counsel for Plaintiffs and the Settlement Class*

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*s/ Kara M. Wolke*
Kara M. Wolke
