## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Philip Fryman, et al.

                    Plaintiff,

v.                                               Case No.: 1:18−cv−01640
                                                      Honorable Franklin U. Valderrama

Atlas Financial Holdings, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: Final approval hearing held on 9/6/2023. All parties appeared telephonically. No objections were made to the settlement. For the reasons stated in open court, the Court grants Plaintiffs'; Motion for Final Approval of Class Action Settlement and Plan of Allocation [155] and Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses [157]. As stated on the record, and as agreed to by the parties, the dismissal will be with prejudice. Therefore, the Court will not retain jurisdiction to enforce the settlement agreement, as Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). Enter Judgment Approving Class Action Settlement. Civil Case terminated. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.